JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 24-0753 JGB (SHKx)** | Date | June 4, 2024 |
| Title | *Maria Regina Grasso-McDermott v. Director of the Texas Service Center, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                               None Present

**Proceedings:** Minute Order DISMISSING AS MOOT Plaintiff's Complaint (Dkt. No. 1)

On April 10, 2024, Plaintiff Maria Regina Grasso-McDermott filed a complaint for a writ of mandamus and declaratory and injunctive relief compelling "the Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ('USCIS') to take all the necessary actions to adjudicate Plaintiff's Form I-130 Petition for Alien Relative" concerning her mother, Maria Das Gracas Pereira Dos Santos. ("Complaint," Dkt. No. 1.) On May 15, 2024, the parties stipulated to allow Defendants Director of the Texas Service Center, Ur M. Jaddou, Alejandro Mayorkas, and Merrick B. Garland additional time to file a responsive pleading. (Dkt. No. 10.) On June 3, 2024, Defendants filed a notice of mootness which informed the Court that USCIS granted Plaintiff's Form I-130 Petition on May 22, 2024 and forwarded the Petition to the National Visa Center for adjudication of the visa application. ("Notice of Mootness," Dkt. No. 12.) Defendants attached to the notice a copy of USCIS' approval notice. (Id.) Defendants stated that they requested Plaintiff dismiss the action as moot, but Plaintiff has not done so. (Id.)

Given the approval of Plaintiff's I-30 Petition, the claims alleged in her Complaint are now moot. The Court therefore **DIMISSES THE COMPLAINT AS MOOT**.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**